**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 16-61613-CIV-GAYLES

LOUIS VUITTON MALLETIER, S.A.,

        Plaintiff,

vs.

PURSEVALLEY.CN, *et al.*,

        Defendants.

_____/

## PLAINTIFF'S MOTION TO SEAL

      Pursuant to Local Rule 5.4, Plaintiff, Louis Vuitton Malletier, S.A. ("Plaintiff" or "Louis Vuitton"), submits this Motion to Seal Plaintiff's sealed Motion [ECF No. 7] filed contemporaneously herewith, together with the supporting Declarations and Exhibits (together, the "Sealed Motion"), and the Court's Order regarding the same, in accordance with Local Rule 5.4(b) and (d).

      Good cause exists for the foregoing Order. The named Defendants are promoting, selling, offering for sale and distributing goods bearing counterfeits of Plaintiff's world famous trademarks as detailed in Paragraphs 4 through 10 of Plaintiff's investigator declaration filed in support of its Sealed Motion, and Composite Exhibits "1" through "4" attached thereto. Accordingly, Plaintiff's Sealed Motion, and the Court's Order granting same should be filed under seal to prevent Defendants from receiving notice of its investigation in connection with the operation of their illegal business.

Louis Vuitton requests that Plaintiff's Sealed Motion [ECF No. 7], and the Court's Order granting the same remain under seal until the Plaintiff has an opportunity to file its *Ex Parte* Application as explained in Paragraph 4 of Plaintiff's attorney declaration filed in support of its Sealed Motion.

DATED: July 8, 2016.     Respectfully submitted,

           STEPHEN M. GAFFIGAN, P.A.

           By: _s/ **Stephen M. Gaffigan**_____
           Stephen M. Gaffigan (Fla. Bar No. 025844)
           Virgilio Gigante (Fla. Bar No. 082635)
           T. Raquel Rodriguez-Albizu (Fla. Bar. No. 103372)
           401 East Las Olas Blvd., #130-453
           Ft. Lauderdale, Florida 33301
           Telephone: (954) 767-4819
           Facsimile: (954) 767-4821
           E-mail: stephen@smgpa.net
           E-mail: leo@smgpa.net
           E-mail: Raquel@smgpa.net

           Attorneys for Plaintiff, Louis Vuitton Malletier, S.A.